IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TOMMY RADFORD**  **PLAINTIFF**
ADC #089900

v.  No. 2:23-cv-227-DPM

**ANGELA JENKINS-WHITE,**
Sergeant, Property Supv., E.A.R.U.
**and MOSES JACKSON,**
Warden, E.A.R.U.  **DEFENDANTS**

### ORDER

Unopposed recommendation, *Doc. 4*, adopted with the small correction that there is no Judgment to be entered at this point. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Radford's retaliation and corrective inaction claims go forward. All other claims are dismissed without prejudice. Any *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 January 2024