IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TOMMY RADFORD  
ADC #089900                                                                            PLAINTIFF

v.                  No. 2:23-cv-227-DPM-JJV

ANGELA JENKINS-WHITE,  
Sergeant, Property Supv., E.A.R.U.  
and MOSES JACKSON,  
Warden, E.A.R.U.                                           DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 15*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 12*, granted in part and denied in part. Radford's retaliation and corrective inaction claims raised in grievances EAM-22-2478 and EAM-22-2479 go forward. His claim against Sergeant Jenkins-White raised in grievance EAM-22-2411 is dismissed without prejudice for failure to exhaust. Any *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*  
D.P. Marshall Jr.  
United States District Judge

15 May 2024