IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TOMMY RADFORD**
ADC #089900                                                                                   **PLAINTIFF**

v.                                  No. 2:23-cv-227-DPM

**ANGELA JENKINS-WHITE,**
Sergeant, Property Supv., E.A.R.U.
and **MOSES JACKSON,**
Warden, E.A.R.U.                                                                          **DEFENDANTS**

### ORDER

1. The Court withdraws the reference.

2. Joint stipulation of dismissal, *Doc. 46*, noted. The parties have settled. Congratulations. This case will be dismissed with prejudice, but the Court will retain jurisdiction for a time to enforce the parties' settlement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 November 2024