IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TOMMY RADFORD**
ADC #089900                                                              PLAINTIFF

v.                          No. 2:23-cv-227-DPM

**ANGELA JENKINS-WHITE,**
Sergeant, Property Supv., E.A.R.U.
and **MOSES JACKSON,**
Warden, E.A.R.U.                                                        DEFENDANTS

## JUDGMENT

Radford's complaint is dismissed with prejudice. The Court retains jurisdiction until 10 January 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

8 November 2024